Submitted on record and briefs February 28, affirmed April 11, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SHAWN STILLMAN KELSEY,
*Defendant-Appellant.*

Multnomah County Circuit Court
041255849; A128242

157 P3d 262

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Kristin A. Carveth, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for driving while suspended, ORS 811.182. He raises two assignments of error. We reject the first without discussion. In his second assignment of error, he argues that the trial court erred in admitting a Driver and Motor Vehicle Services Division suspension packet containing a copy of his driving record and a document dating from the arrest leading to his suspension notifying him that his driving privileges were to be suspended. According to defendant, admitting the documents violated his right to confront his accusers under the Sixth Amendment to the United States Constitution as construed in *Crawford v. Washington*, 541 US 36, 124 S Ct 1354, 158 L Ed 2d 177 (2004). We recently decided that issue contrary to defendant's position in *State v. Davis*, 211 Or App 550, 156 P3d 93 (2007).

Affirmed.